14798

McKENZIE *ET AL.* v. STANDARD ACCIDENT INS. CO.

(1 S. E. (2d), 502)

478

480

482

484

*Mr. M. L. Meadows,* for appellants,

*Mr. Henry E. Davis,* for respondent, 

January 3, 1939.

*Per curiam.*

In our opinion the conclusions reached by his Honor Judge Gaston are correct, and we approve the result of his decree.

The order of the Circuit Court, which will be reported, is affirmed.

Mr. JUSTICE CARTER did not participate on account of illness.